IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN H. B., | : | CIVIL ACTION |
|          Plaintiff | : | |
| v. | : | |
| | : | |
| MARTIN O'MALLEY, | : | |
| Commissioner of the Social Security | : | |
| Administration, | : | |
|          Defendant | : | NO. 23-1771 |

## ORDER

**AND NOW**, this 26th day of August 2024, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 12) is **GRANTED**, as follows:

1. The case is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

2. Upon remand, the ALJ shall properly apply the governing regulations to determine whether the opinions of Alexandra McNulty, LCSW-C – that Plaintiff suffers from marked and extreme limitation in several areas of mental functioning limitations – are consistent with other evidence in the record and, hence, persuasive.

BY THE COURT:

    /s/ Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
United States Magistrate Judge